Douglas J. Melton, Bar No. 161353
Shane M. Cahill, Bar No. 227972
LONG & LEVIT LLP
dmelton@longlevit.com
scahill@longlevit.com
465 California Street, 5th Floor
San Francisco, California 94104
Telephone:   (415) 397-2222
Facsimile:   (415) 397-6392

ATTORNEYS FOR ALL PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEJA VU-SAN FRANCISCO, LLC; BIJOU-CENTURY, LLC; SAN FRANCISCO GARDEN OF EDEN, LLC; DEJA VU SHOWGIRLS OF SAN FRANCISCO, LLC; GOLD CLUB-SF, LLC; DEJA VU COLORADO SPRINGS, INC.; ROUGE PORTLAND, LLC; DEJA VU SPOKANE, INC.; DREAMGIRLS OF LAKE CITY, LLC; DEJA VU SEATTLE, LLC; DEJA VU LAKE CITY, INC.; DREAMGIRLS OF TACOMA, LLC; AND DREAMGIRLS OF SEATTLE, LLC.<br><br>                    Plaintiffs,<br>         v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION; JOVITA CARRANZA, ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, IN HER OFFICIAL CAPACITY; AND THE UNITED STATES OF AMERICA,<br>Defendants.<br><br>                    Defendants. | Case No. 3:20-cv-03982<br><br>PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE EXCESS PAGES RE: PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

- 1-
PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE EXCESS PAGES RE: PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 397-2222

NOW COME Plaintiffs Deja Vu-San Francisco, LLC; Bijou-Century, LLC; San Francisco Garden of Eden, LLC; Deja Vu Showgirls of San Francisco, LLC; Gold Club-SF, LLC; Deja Vu Colorado Springs, Inc.; Rouge Portland, LLC; Deja Vu Spokane, Inc.; Dreamgirls of Lake City, LLC; Deja Vu Seattle, LLC; Deja Vu Lake City, Inc.; Dreamgirls of Tacoma, LLC; and Dreamgirls of Seattle, LLC (collectively "Plaintiffs"), by and through their undersigned counsel of record and pursuant to Civil L.R. 7-11, hereby move this Honorable Court to extend the page limitation by 11 pages in regard to Plaintiffs' forthcoming Memorandum of Points and Authorities in Support of Plaintiffs' Emergency Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction, and state to this Honorable Court, in support thereof, the following:

1. Although they regret having to do so, based on the circumstances described below, Plaintiffs feel that they have no choice but to file this page-extension request.

2. The coronavirus pandemic currently plaguing the globe has spurred aggressive Congressional action in the form of voluminous legislation amending broad sections of the United States Code (the "Code"), which in turn triggered even greater volumes of Agency Regulation.

3. The matter presented to this Honorable Court in Plaintiff's forthcoming motion requires a detailed analysis of the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act") and the recent amendments thereto. *See* Pub. L. 116-139. The CARES Act is a 335-page behemoth that amends sections of the United States Code spanning from Business and Disaster Loans (15 U.S.C. § 636) to Confidential Health Information (18 U.S.C. § 1905).

4. Moreover, Plaintiffs' Motion requires a particularized examination of the Administrative Commentary pertaining to several sections of the Small Business Administration's ("SBA") regulatory structure relating to eligibility requirements for both 7(a)

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 397-2222

business loans (15 U.S.C. § 636(a)) and 7(b) disaster loans (15 U.S.C. § 636(b)) found in 13 C.F.R. §§ 120.110, 123.201, 123.301, and 123.303.

5. Further, Plaintiffs' Motion requires providing this Honorable Court extensive background information regarding previous litigation on the Paycheck Protection Program portion of the CARES Act including the positions taken by the SBA in two separate suits and subsequent appeals.

6. Plaintiffs' Motion attempts to summarize voluminous portions of the Federal Register, numerous court documents and legal memoranda from four other jurisdictions, and multiple portions of the Code of Federal Regulations. Plaintiff's motion requires quoting portions therefrom and weaving them throughout multiple complex administrative rule-making and Constitutional challenges to 13 C.F.R. § 123.201(f). Simply put, connecting these dots in a logical and concise way, while presenting Plaintiffs' points and authorities, requires more pages than are permitted by the Court's Civil Local Rules.

7. Additionally, Plaintiffs must address the Court's reviewability of the SBA's regulations, the Administrative Procedures Act's waiver of sovereign immunity, and Fed. R. Civ. P. 65(c)'s bond requirements. To properly assert Plaintiffs' arguments and in a cogent and coherent manner while guiding the Court through the various newly amended portions of the CARES Act, necessarily requires additional pages.

8. Finally, pursuant to Civil L.R. 7-11(a), a stipulation could not be obtained for the reasons set forth in the Declaration of Douglas J. Melton.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request this Honorable Court grant leave to permit Plaintiff to file a 36-page brief in support of their forthcoming Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE EXCESS PAGES RE: PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104
(415) 397-2222

| | | |
|---|---|---|
| 1 | Dated: June 16, 2020 | LONG & LEVIT LLP |
| 2 | | |
| 3 | | By: */s/ Douglas J. Melton* |
| | | DOUGLAS J. MELTON |
| 4 | | SHANE M. CAHILL |
| | | Attorneys for Plaintiffs Deja Vu-San Francisco, LLC; Bijou-Century, LLC; San Francisco Garden of Eden, LLC; Deja Vu Showgirls of San Francisco, LLC; Gold Club-SF, LLC; Deja Vu Colorado Springs, Inc.; Rouge Portland, LLC; Deja Vu Spokane, Inc.; Dreamgirls of Lake City, LLC; Deja Vu Seattle, LLC; Deja Vu Lake City, Inc.; Dreamgirls of Tacoma, LLC; and Dreamgirls of Seattle, LLC. |

BRADLEY J. SHAFER (MI P36604)*
Brad@BradShaferLaw.com
MATTHEW J. HOFFER (MI P70495)*
Matt@BradShaferLaw.com
ZACHARY M. YOUNGSMA (MI P84148)*
Zack@BradShaferLaw.com
SHAFER & ASSOCIATES, P.C.
3800 Capital City Boulevard, Suite 2
Lansing, Michigan 48906
(517) 886-6560

*Admission Pro Hac Vice Pending
*Attorneys for All Plaintiffs*

4810-3845-5232 v.1.docx
4810-3845-5232, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104
(415) 397-2222

- 4 -
PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE EXCESS PAGES RE: PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION