1  Douglas J. Melton, Bar No. 161353
   Shane M. Cahill, Bar No. 227972
2  LONG & LEVIT LLP
   dmelton@longlevit.com
3  scahill@longlevit.com
   465 California Street, 5th Floor
4  San Francisco, California 94104
   Telephone:   (415) 397-2222
5  Facsimile:   (415) 397-6392

6  ATTORNEYS FOR ALL PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DEJA VU-SAN FRANCISCO, LLC; BIJOU-CENTURY, LLC; SAN FRANCISCO GARDEN OF EDEN, LLC; DEJA VU SHOWGIRLS OF SAN FRANCISCO, LLC; GOLD CLUB-SF, LLC; DEJA VU COLORADO SPRINGS, INC.; ROUGE PORTLAND, LLC; DEJA VU SPOKANE, INC.; DREAMGIRLS OF LAKE CITY, LLC; DEJA VU SEATTLE, LLC; DEJA VU LAKE CITY, INC.; DREAMGIRLS OF TACOMA, LLC; DREAMGIRLS OF SEATTLE, LLC; SAW ENTERTAINMENT, LTD; AND BT CALIFORNIA, LLC,<br><br>               Plaintiffs,<br>     v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION; JOVITA CARRANZA, ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, IN HER OFFICIAL CAPACITY; AND THE UNITED STATES OF AMERICA,<br>Defendants.<br><br>               Defendants. | Case No. 3:20-cv-03982<br><br>**PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
|---|---|

- 1 -    CASE NO. 3:20-CV-03982
PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING
LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 397-2222

Plaintiffs, by and through their undersigned counsel of record and pursuant to Civil L.R. 7-3(d), hereby move this Honorable Court for leave to file the supplemental brief and materials attached hereto. In support thereof, Plaintiffs state the following:

1. In preparation for the Preliminary Injunction Hearing set for July 30, 2020 at 9:30 AM via Zoom, counsel for Plaintiffs uncovered materials and authorities with substantial bearing on the issues before the Court for hearing. Defendants submit that the matters discussed in the attached supplemental brief substantially affect the parties' arguments with respect to whether the challenged Regulations are contrary to Chevron, U.S.A., Inc. v. Nat. Res. Def. Council, Inc. ("Chevron"), 467 U.S. 837, 842 (1984) such that it would be inappropriate to address those issues without including materials discussed in the attached proposed Plaintiffs' Supplemental Brief In Support of Motion for Temporary Restraining Order and Preliminary Injunction Pursuant to Civil L.R. 65-1 (the "Supplemental Brief").

2. Specifically, it appears that Congress has spoken as to what type of materials or presentations a business must present to be disqualified for assistance under the Small Business Act, 15 U.S.C. § 631 *et seq*. The briefing and materials attached relate to 15 U.S.C. § 633(e), which prohibits the Small Business Administration from providing assistance to persons or business concerns offering "any product or service determined to be obscene by a court of competent jurisdiction."

3. Plaintiffs' proposed supplemental brief aims to present the materials and explain the legislative history surrounding those materials while keeping discussion to a minimum.

4. The present motion and the Supplemental Brief will allow the Court and Defendants an opportunity to become familiar with the issue in the limited time before the hearing. Plaintiffs feel obligated to raise the issue at the hearing and the Supplemental Brief is best available method to put the Court and the Defendants on notice of the issue.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request this Honorable

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 397-2222

Court grant leave to permit Plaintiffs to file the attached proposed Plaintiffs' Supplemental Brief In Support of Motion for Temporary Restraining Order and Preliminary Injunction Pursuant to Civil L.R. 65-1 and supporting materials in the form attached hereto.

Dated: July 29, 2020

LONG & LEVIT LLP

By: */s/ Douglas J. Melton*
  DOUGLAS J. MELTON
  SHANE M. CAHILL
  Attorneys for All Plaintiffs

SHAFER & ASSOCIATES, P.C.

By: */s/ Matthew J. Hoffer*

  BRADLEY J. SHAFER (MI P36604)*
  brad@bradshaferlaw.com
  MATTHEW J. HOFFER (MI P70495)*
  matt@bradshaferlaw.com
  ZACHARY M. YOUNGSMA (MI P84148)*
  zack@bradshaferlaw.com
  SHAFER & ASSOCIATES, P.C.
  3800 Capital City Boulevard, Suite 2
  Lansing, MI 48906
  (517) 886-6560

  *Admitted Pro Hac Vice
  Attorneys for All Plaintiffs

4841-4096-0197, v. 1

*IT IS SO ORDERED*
/s/ Judge Laurel Beeler
[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

- 3 -   CASE NO. 3:20-CV-03982

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 397-2222

PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING